UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN LORENZANA,<br><br>Petitioner,<br><br>v.<br><br>JOE A. LIZARRAGA,<br><br>Respondent. | No. 2:18-cv-2535 WBS CKD P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 22, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 22, 2021, are adopted in full;

2. Petitioner's petition for a writ of habeas corpus (ECF No. 1) is denied;

3. This case is closed; and

4. For the reasons discussed in detail in the magistrate judge's findings and recommendations, the court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Dated: May 11, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

lore2535.805hc